# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-3794
_____

In re: Paul Andrew Mitchell

Petitioner

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:14-cv-03460-MDH)

_____

## JUDGMENT

Before WOLLMAN, BOWMAN, and COLLOTON, Circuit Judges.

Petitioner's motion to halt transfer is denied.

Petition for writ of mandamus has been considered by the court and is denied. Mandate
shall issue forthwith.


December 17, 2014


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans